# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>JEANA M BURNS<br><br><br><br><br>**Debtor** | CASE NO: 15-48611-399<br>Chapter 13<br><br>Re: Objection to Notice of Post-Petition<br>    Mortgage Fees, Expenses and Charges<br><br>Response Due: July 22, 2016 |

## TRUSTEE'S OBJECTION TO NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES AND CHARGES AND NOTICE

**PLEASE TAKE NOTICE: ANY RESPONSIVE PLEADING IN OPPOSITION TO THIS OBJECTION MUST BE FILED IN WRITING NO LATER THAN 21 DAYS FROM THE DATE OF SERVICE OF THIS OBJECTION AS SHOWN ON THE CERTIFICATE OF SERVICE. (See L.R. 9013-1(B) and 9061(B)) THE RESPONSE MUST BE SERVED AT THE TIME OF FILING UPON THE UNDERSIGNED AND UPON ALL ENTITIES DESCRIBED IN L.R. 9013-1(A). THE COURT MAY SUSTAIN THE OBJECTION WITHOUT FURTHER NOTICE TO ANY PARTY UPON EXPIRATION OF THE RESPONSE PERIOD IF NO RESPONSE IS FILED.**

**IF A RESPONSE IS FILED, THE MOVANT SHALL SET THE MATTER FOR HEARING AND PROVIDE NOTICE THEREOF TO THE RESPONDENT AND ALL ENTITIES DESCRIBED IN L.R. 9013-1(A).**

    COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in Bankruptcy, and for his Objection to the Notice of Post-Petition Fees, Expenses and Charges for Claim states as follows:

1. The Notice of Post-Petition Fees, Expenses and Charges for Claim filed by Ocwen Loan Servicing in the amount of $375.00 should be denied.
2. Notice should be denied as filed because the notice was not filed as a supplement to an existing proof of claim.

    WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

| | |
|---|---|
| Dated: July 01, 2016 | /s/ John V. LaBarge, Jr. |
| | John V. LaBarge, Jr. |
| OBJNTCPPF--JS | Standing Chapter 13 Trustee |
| | P.O. Box 430908 |
| | St. Louis, MO 63143 |
| | (314) 781-8100  Fax: (314) 781-8881 |
| | trust33@ch13stl.com |

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of July 01, 2016.

                                          /s/ John V. LaBarge, Jr.

JEANA M BURNS  
1536 HONEY LOCUST CT  
CHESTERFIELD, MO  63005  

LAW OFFICES OF SEAN C PAUL  
8917 GRAVOIS RD  
ST LOUIS, MO  63123  

ALDRIDGE PITE LLP  
4375 JUTLAND DR #200  
BOX 17933  
SAN DIEGO, CA  92177-0933